UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE M. MARTIN, <br><br> Petitioner, <br><br> v. <br><br> DOUG WADDINGTON, <br><br> Respondent. | No. C03-0540L <br><br> ORDER STRIKING PETITIONER'S LETTER REGARDING TRANSFER |

On April 8, 2005, petitioner filed a letter asserting that respondent is attempting to transfer petitioner without obtaining prior permission from the Court in violation of Supreme Court Rule 36. The habeas petition filed in the above-captioned matter was dismissed on August 21, 2003. The dismissal was subsequently affirmed by the Ninth Circuit. Petitioner's case is closed and the assumption underlying his letter (*i.e.*, that there is a pending habeas proceeding) is incorrect. Petitioner's letter is therefore STRICKEN and respondent need not file any response. Neither the Clerk of Court nor the Court itself will take any further action on or consider petitioner's letter.

DATED this 18th day of April, 2005.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER STRIKING PETITIONER'S
LETTER REGARDING TRANSFER